Dismissed and Memorandum Opinion filed April 20, 2006









Dismissed and Memorandum Opinion filed April 20, 2006.

 

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00121-CV

____________

 

PETER U. NWANGWU,
Appellant

 

V.

 

STERLING BANK,
Appellee

 



 

On Appeal from the County Court at
Law No. 3

Fort Bend County,
Texas

Trial Court Cause No.
24435

 



 

M E M O R A N D U M  O
P I N I O N

This appeal is from a judgment signed January 13, 2006.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On March 14, 2006, notification was transmitted to all parties
of the Court's intent to dismiss the appeal for want of prosecution unless,
within fifteen days, appellant paid or made arrangements to pay for the record
and provided this court with proof of payment. 
See Tex. R. App. P.
37.3(b).








Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed April 20, 2006.

Panel consists of Justices
Anderson, Edelman, and Frost.